**MAGISTRATE'S CRIMINAL MINUTES – COMPLAINT**   FILED IN OPEN COURT

DATE: 8/11/22 @ 11:44 a.m.

TAPE: FTR

TIME IN COURT: 54 minutes

MAGISTRATE JUDGE: JUSTIN S. ANAND   COURTROOM DEPUTY: B. EVANS

CASE NUMBER: 1:22-mj-666   DEFENDANT'S NAME: Luis Alberto Robles-Monroy

AUSA: Rachel Lyons   DEFENDANT'S ATTY: Joe Austin

USPO / PTR: K. White   ☐ Retained  ☐ CJA  ☒ FDP  ☐ Waived

____ Arrest Date: _____

____ Initial appearance hearing held.

_x_ Interpreter sworn: _____

## COUNSEL

____ ORDER appointing Federal Defender as counsel for defendant.   ____ INITIAL APPEARANCE ONLY.

____ ORDER appointing _____ as counsel for defendant.

____ ORDER: defendant to pay attorney's fees as follows: _____

____ ORDER giving defendant _____ to employ counsel.   ☐ Verbal   ☐ Order to follow

## PRELIMINARY HEARING

____ Preliminary hearing set/reset/cont to _____ @ _____

____ Defendant WAIVES preliminary hearing.   ____ WAIVER FILED

_x_ Preliminary hearing HELD.   _x_ Probable cause found; defendant held to District Court

____ Miscellaneous: _____

## BOND/PRETRIAL DETENTION HEARING

____ Government motion for detention filed. Pretrial hearing set for _____ @ _____

____ Temporary Commitment issued. Remanded to USM.

____ Bond/Pretrial detention hearing held.

_x_ Government motion for detention   ☒ Granted   ☐ Denied   ☐ Waived   ☐ Withdrawn

_x_ Pretrial detention ordered.   _x_ Written order to follow